UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA KRULL,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

CASE NO. 2:16-cv-10575

HON. MARIANNE O. BATTANI

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; GRANTING THE COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT; DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; AND AFFIRMING THE COMMISSIONER'S FINDINGS**

Plaintiff Linda Krull has brought this action challenging the Defendant Commissioner of Social Security's final decision denying her application for Disability Insurance Benefits and Supplemental Security Income under the Social Security Act. The case was referred to Magistrate Judge Patricia T. Morris pursuant to 28 U.S.C. § 636(b)(1).  Both parties filed dispositive motions, and in a Report and Recommendation ("R&R") dated December 21, 2016, Magistrate Judge Morris recommended that the Commissioner's Motion for Summary Judgment be granted; that Plaintiff's Motion for Summary Judgment be denied; and that the ALJ's decision be affirmed.  (Doc. 17).

In the R&R, the Magistrate Judge informed the parties that objections to the R&R must be filed within fourteen days of service and that a party's failure to file objections

1

would waive any further right of appeal.  (Id., pp. 32-33).  Neither party filed objections.  Because no objections have been filed in this case, the parties waived their right to *de novo* review and appeal.  Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. 17), **GRANTS** the Commissioner's Motion for Summary Judgment (Doc. 16), and **DENIES** Plaintiff's Motion for Summary Judgment (Doc. 14).  The Court therefore **AFFIRMS** the Commissioner's findings and conclusions.

**IT IS SO ORDERED.**

Date:   March 3, 2017

s/Marianne O. Battani  
MARIANNE O. BATTANI  
United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on March 3, 2017.

s/ Kay Doaks  
Case Manager

2